

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00385-CR

**IN RE** Roger **DE LA FUENTE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On June 20, 2016, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 24, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CR3972, styled *State of Texas v. Roger De la Fuente*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Steve Hilbig presiding.